JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MANZANARES, | ) CASE NUMBER:  CV14-01607-MWF (RZx) |
| Plaintiffs, | ) ORDER OF REMAND |
| v. | ) |
| TARGET CORPORATION and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

This court has read the Stipulation to remand this case to Superior Court. This matter is hereby remanded to the Superior Court for the State of California Case Number BC511411.

DATED:  March 24, 2014

_____
MICHAEL W. FITZGERALD

- 1 -